# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0832

VERSUS

BRIAN LAVERGNE

**AUGUST 21, 2025**

---

In Re:    La'Deisha Wood, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          21-01580.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT